1  Joe Angelo (Bar No. 268542)
   jangelo@gajplaw.com
2  Gale, Angelo, Johnson, & Pruett, P.C.
   1430 Blue Oaks Blvd., Ste. 250
3  Roseville, California 95747
   Telephone: 916-290-7778
4  Facsimile: 916-721-2767

5  Attorneys for Plaintiff
   Lucy Resendez

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LUCY RESENDEZ, | Case No.: 2:19-cv-09689-MWF-AFM |
| Plaintiff, | |
| vs. | **ORDER** |
| TRANSUNION LLC, et. al. Defendants. | |

## ORDER

Pursuant to the stipulation of the Parties, TransUnion LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: April 3, 2020

_____
Hon. Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE

1